# United States District Court
## Southern District of Georgia

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JARED GABRIEL FORRESTER,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:18-cv-283

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated March 27, 2020, granting Plaintiff Securities and Exchange Commission's Motion for Summary Judgment, judgment is entered in favor of Plaintiff Securities and Exchange Commission and against Jared Gabriel Forrester. This judgment includes and incorporates the directives and terms of the March 27, 2020 Order and the Order dated April 9, 2019, granting Permanent Injunction against the Defendant Jared Gabriel Forrester. This case stands closed.

Approved by: _____

March 31, 2020
*Date*

Scott L. Poff
*Clerk*

_____
*(By) Deputy Clerk*